UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AHLYAH CINTRON,

                Plaintiff,

-against-

ANDREW SAUL,

                Defendant.

------------------------------------------------------------X

21-CV-05558 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In this Social Security case, Defendant was required to file the certified transcript of administrative proceedings within 90 days after service, which occurred on August 24, 2021. ECF No. 6. The certified transcript was due no later than November 22, 2021. As of today, the Defendant has not filed the certified transcript.

    No later than December 8, 2021, Defendant shall file either the certified transcript or a letter showing good cause why the transcript cannot be filed by that date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                November 29, 2021